McGREGOR W. SCOTT
United States Attorey
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M.F.H., et al.,<br><br>　　　　　　Defendants. | No. 1:18-mj-00159 SAB<br><br>GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS AND ~~PROPOSED~~ ORDER |

The United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, hereby moves to unseal the indictment and arrest warrants in the above-captioned matter, originally styled in the United States District Court, Northern District of California as <u>United States v. Nelson, et. al.</u> (NDCA Case No. CR 17-0533 EMC) in light of the arrests of all defendants. The undersigned counsel also understands that the indictment was unsealed this morning at a court appearance at the United States District Court in San

///

Francisco, California.

Dated: September 14, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Brian W. Enos
BRIAN W. ENOS
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-MJ-00159 SAB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | (UNDER SEAL) |
| M.F.H., et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The indictment and arrest warrants in the above-captioned matter be unsealed.

DATED: 9/14/18

STANLEY A. BOONE
U.S. Magistrate Judge